| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

Erik Ivan Rivera, §
    Petitioner, §
 §
v. § Civil Action H-21-2667
 §
Ed Gonzalez, §
Sheriff, Harris County §
    Respondent. §

## Order of Adoption

On October 26, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Rivera's petition for writ of habeas corpus without prejudice for failure to exhaust state court remedies. (15) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November 30, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge